**ALLERGAN, INC., Allergan USA, Inc., Allergan Sales, LLC, Endo Pharmaceuticals Solutions, Inc., and Supernus Pharmaceuticals, Inc., Plaintiffs–Appellants,**

v.

**WATSON LABORATORIES, INC.–FLORIDA, Defendant–Appellee,**

and

**Sandoz, Inc., Defendant–Appellee,**

and

**Paddock Laboratories, Inc., Defendant–Appellee.**

No. 2012–1310.

United States Court of Appeals, Federal Circuit.

June 18, 2012.

Juanita R. Brooks, Fish & Richardson P.C., of Minneapolis, MN, argued for plaintiffs-appellants. With her on the brief were Jonathan E. Singer, of Minneapolis, MN; and W. Chad Shear, of Wilmington, DE.

Charles A. Weiss, Kenyon & Kenyon, LLP, of New York, NY, argued for defendant-appellee, Watson Laboratories, Inc.-Florida. With him on the brief were Cynthia Lambert Hardman; and John W. Bateman, of Washington, DC.

Brian M. Kramer, Morrison & Foerster, LLP, of San Diego, CA, argued for defen-

dant-appellee, Sandoz, Inc. With him on the brief were David C. Doyle and Anders T. Aannestad; and Deanne E. Maynard of Washington, DC.

Wendy M. Ward, Merchant & Gould, P.C., of Madison, Wisconsin, argued for defendant-appellee, Paddock Laboratories, Inc. With her on the brief were Jeffrey S. Ward and Shane A. Brunner; and Rachel K. Zimmerman, of Minneapolis, MN.

Before RADER, Chief Judge, LINN and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**